# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12593

_____

RICHARD ROSE,
an individual,
BRIONTE MCCORKLE,
an individual,
WANDA MOSLEY,
an individual,
JAMES MAJOR WOODALL,

                                                                    Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

D.C. Docket No. 1:20-cv-02921-SDG

_____

ERRATA

On page 10, line 7 of the opinion, we deleted the word "cumulative" and moved the word "statewide" to precede "voting." The result is that the affected sentence now reads "Thus, especially in a case like this one, where plaintiffs offer only a single, dramatic remedy—transforming a statewide voting system into a single-member districted plan—it makes no difference whether a claim fails for the lack of a permissible remedy at the precondition stage or after the totality of the circumstances analysis."