# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12593

_____

RICHARD ROSE,
an individual,
BRIONTE MCCORKLE,
an individual,
WANDA MOSLEY,
an individual,
JAMES MAJOR WOODALL,

                                      Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

                                      Defendant-Appellant.

2                          Order of the Court                          22-12593

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-02921-SDG

_____

ORDER:

The motion of Brionte McCorkle, Wanda Mosley, Richard Rose and James Major Woodall to stay the issuance of the mandate pending a petition for writ of certiorari is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION