# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 27, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303


Re: Richard Rose, et al.
    v. Brad Raffensperger, Georgia Secretary of State
    No. 23-1060
    (Your No. 22-12593)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 25, 2024 and placed on the docket March 27, 2024 as No. 23-1060.


Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst