# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12593

_____

RICHARD ROSE,
an individual,
BRIONTE MCCORKLE,
an individual,
WANDA MOSLEY,
an individual,
JAMES MAJOR WOODALL,

                                                Plaintiffs-Appellees,

*versus*

SECRETARY, STATE OF GEORGIA,

                                                Defendant-Appellant.

_____

2                           Order of the Court                           22-12593

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-02921-SDG

_____

Before BRANCH, GRANT, Circuit Judges, and SCHLESINGER,[*] District Judge.

BY THE COURT:

In its August 5, 2022, opinion and order, the district court permanently enjoined the Georgia Secretary of State "from administering any future elections for vacancies on the PSC using the statewide, at-large method; and from certifying the election of any PSC commissioner who is elected using such method." The district court also enjoined the Secretary from preparing ballots for the November 8, 2022, election that included contests for Districts 2 and 3 of the Public Service Commission. Accordingly, the election did not go forward.[1]

We issued our opinion reversing the district court's order on November 24, 2023. We separately enter this order and stay the district court's permanent injunction so that the Secretary may

---

[*] The Honorable Harvey Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

[1] Because the November 8, 2022, election has long passed, that part of the district court's injunction is moot. *See United States v. Sec'y, Fla. Dep't of Corr.*, 778 F.3d 1223, 1229 (11th Cir. 2015).

| 22-12593 | Order of the Court | 3 |

administer and certify PSC elections as provided under Georgia law.